UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRUCO LIFE INSURANCE COMPANY,
    Plaintiff,

v.                                          Case No: 2:18-CV-00546-SPC-MRM

SHANE FEDERICI, DOUGLAS VANE, BARBARA ANN HANCOCK, IAN HATHAWAY, and CHRISTOPHER VANE,
    Defendant,
_____/

### **ORDER**[1]

Before the Court is Plaintiff Pruco Life Insurance Company's Unopposed Motion for Leave to Deposit Interpleader Funds. (Doc. 35). All interested parties agree to have the funds deposited into the registry of this Court. (Doc. 35-1 at ¶ 4). Two of the Defendants, Shane Federici and Ian Hathaway, suggest that the funds be deposited into the Trust Account of one of Defendants' Counsel. (Doc. 35-1 at ¶ 5). Plaintiff does not oppose this request. Having carefully considered Plaintiff's unopposed motion, the Court finds good cause to grant the relief requested. But because not all defendants stipulate to the money being deposited into a Trust Account, the funds will be deposited into the Court registry.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

Plaintiff Pruco Life Insurance Company's Unopposed Motion for Leave to Deposit Interpleader Funds (Doc. 35) is **GRANTED**. Plaintiff shall **DEPOSIT** the funds into the Registry of the Court within **FOURTEEN (14) DAYS** of this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of November 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record