UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRUCO LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No: 2:18-cv-546-FtM-38MRM

SHANE FEDERICI, DOUGLAS
VANE, BARBARA ANN HANCOCK,
IAN HATHAWAY and
CHRISTOPHER VANE,

    Defendants.
_____/

## **ORDER**[1]

Before the Court is the parties' Joint Motion to Dismiss with Prejudice Pruco Life Insurance Company (Doc. 63) filed on January 22, 2019. In the Motion, all relevant parties except Defendant Shane Federici agreed to dismiss Pruco from the action with prejudice and award Pruco with reasonable attorney's fees. Federici failed to inform the Court of his stipulation or objection to the Motion. Thus, the Court orders Federici to show cause in writing why Pruco should not be dismissed with prejudice and awarded reasonable attorney's fees totaling $10,000.00 from the insurance policies' benefits.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

1. Federici shall **SHOW CAUSE** in writing by **February 15, 2019**, why Pruco should not be dismissed with prejudice and awarded $10,000.00 in attorney's fees.

2. Failure to comply with this Order will result in Pruco's dismissal with prejudice and a grant of attorney's fees.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of February, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record