UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRUCO LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                                        Case No: 2:18-cv-546-FtM-38MRM

SHANE FEDERICI, DOUGLAS
VANE, BARBARA ANN HANCOCK,
IAN HATHAWAY and
CHRISTOPHER VANE,

    Defendants.
_____/

## **ORDER**[1]

    Before the Court is the parties' Joint Motion to Dismiss with Prejudice (Doc. 63). This is an interpleader action, and Plaintiff Pruco Life Insurance Company deposited the contested funds into the Court's registry. Now, Pruco seeks dismissal with prejudice and reasonable attorney's fees. All parties consent to Pruco's dismissal and entitlement to attorney's fees. (Docs. 63; 69). And dismissals are commonly granted in interpleader cases after an insurer deposits the contested funds into the registry. *E.g.*, *Podhurst Orseck, P.A. v. Servicios Legales de Mesoamerica S. de R.L.*, 699 F. Supp. 2d 1344, 1349 (S.D. Fla. 2010). The Court grants the Joint Motion to Dismiss with prejudice (Doc.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

63) along with reasonable attorney's fees of $10,000.00.  The case remains open as the Defendants litigate their claims over the remaining funds in the Court's registry.

Accordingly, it is now

**ORDERED:**

1.  The parties' Joint Motion to Dismiss (Doc. 63) is **GRANTED**.  Pruco is **DISMISSED** from this action with prejudice.

2.  The Clerk is **DIRECTED** to disperse funds amounting to $10,000.00 from the Court's registry payable to Pruco Life Insurance Company by mailing payment to its counsel of record.

3. The case remains open while the Defendants litigate their competing claims to the remaining funds in the Court's registry.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of February, 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record